James J. Cunningham (SBN 128974)
Law Offices of James J Cunningham
10405 San Diego Mission Rd., Ste. 200
San Diego, CA 92108
Tel. (858) 693-8833
JJC@jimcunninghamlaw.com

William B. Aitchison (SBN 770095)
Public Safety Labor Group
3021 NE Broadway Street
Portland, OR, 97232
Tel. (866) 486-5556
Will@PSLGlawyers.com
(pro hac vice motion forthcoming)

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICKELSON on behalf of himself and other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ENCINITAS,<br><br>Defendant. | Case No.: 22-cv-00487-BAS-BLM<br><br>**CONSENT TO JOIN ACTION**<br><br>**COLLECTIVE ACTION –**<br>**29 U.S.C. § 216** |

Pursuant to Section 16(b) of the Fair Labor Standards Act of 1938, 29 USC 216(b), Plaintiffs hereby file their consent to join action.

CONSENT TO JOIN ACTION - 1

The following employees or former employees of the defendant CITY OF ENCINITAS consent join this action:

1. Jorge Sanchez

2. Terence Chiros

3. Michael Spaulding

The above-listed employees consent to their inclusion as party plaintiffs in this action as noted in the executed ìConsent to Join Actionî attached hereto as Exhibit B.

Dated: April 11, 2022          **LAW OFFICES OF JAMES J. CUNNINGHAM, APC**

_____
James J. Cunningham
Attorney for Plaintiffs

# EXHIBIT B

**CONSENT TO JOIN ACTION**
**(FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))**
**LITIGATION ENTITLED:**
*MICKELSON, ET AL. v. CITY OF ENCINITAS*

I, _Jorge E. Sanchez_, of San Diego County, State of California, hereby consent to become a party to the litigation action entitled *James Mickelson, et al. v. City of Encinitas* filed on _April 8, 2022_ in the Southern District Court of California under the Fair Labor Standards Act (FLSA). The lawsuit alleges that the City of Encinitas failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Encinitas during some or all of the period in the three years preceding the signing of this Consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Encinitas pursuant 29 U.S.C. § 216 (b) of the FLSA. Unpaid overtime compensation, liquidated damages, attorney's fees, costs, and other relief are sought in the action.

I hereby designate the Law Offices of James Cunningham, APC and the Public Safety Labor Group, LLC as legal counsel to represent me for all purposes in this action.

_[signature]_
Signature

_Jorge E. Sanchez_
Printed Name

_jsan202@gmail.com_
Email Address

_April 04, 2022_
Date

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))
### LITIGATION ENTITLED:
### *MICKELSON, ET AL. v. CITY OF ENCINITAS*

I, _Terence L. Chiros_, of San Diego County, State of California, hereby consent to become a party to the litigation action entitled *James Mickelson, et al. v. City of Encinitas* filed on _April 8, 2022_ in the Southern District Court of California under the Fair Labor Standards Act (FLSA). The lawsuit alleges that the City of Encinitas failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Encinitas during some or all of the period <u>in the three years preceding the signing of this Consent</u>. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Encinitas pursuant 29 U.S.C. § 216 (b) of the FLSA. Unpaid overtime compensation, liquidated damages, attorney's fees, costs, and other relief are sought in the action.

I hereby designate the Law Offices of James Cunningham, APC and the Public Safety Labor Group, LLC as legal counsel to represent me for all purposes in this action.

_Terence L. Chiros_
Signature

_Terence L. Chiros_
Printed Name

_tcgolf2@gmail.com_
Email Address

_04/01/22_
Date

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))
### LITIGATION ENTITLED:
*MICKELSON, ET AL. v. CITY OF ENCINITAS*

I, __MICHAEL SPAULDING__, of San Diego County, State of California, hereby consent to become a party to the litigation action entitled *James Mickelson, et al. v. City of Encinitas* filed on April 8, 2022 in the Southern District Court of California under the Fair Labor Standards Act (FLSA). The lawsuit alleges that the City of Encinitas failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Encinitas during some or all of the period in the three years preceding the signing of this Consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Encinitas pursuant 29 U.S.C. § 216 (b) of the FLSA. Unpaid overtime compensation, liquidated damages, attorney's fees, costs, and other relief are sought in the action.

I hereby designate the Law Offices of James Cunningham, APC and the Public Safety Labor Group, LLC as legal counsel to represent me for all purposes in this action.

_____
Signature

__MICHAEL SPAULDING__
Printed Name

__M. SPAULDING1@YAHOO.com__
Email Address

__3/31/2022__
Date