```
1  Timothy L. Davis  (SBN 181532)
   E-mail:  Tdavis@bwslaw.com
2  Mark E. Wilson (SBN 264126)
   E-mail: mwilson@bwslaw.com
3  Gena B. Burns (SBN 273777)
   E-mail:  gburns@bwslaw.com
4  Burke, Williams & Sorensen, LLP
   501 West Broadway, Suite 1600
5  San Diego, CA  92101-8474
   Tel: 619.814.5800    Fax: 619.814.6799
6
7  Attorneys for Defendant
   CITY OF ENCINITAS
8
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| James Mickelson on behalf of himself and other similarly situated individuals, | Case No. '22 CV0487 BAS BLM |
|---|---|
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE** |
| v. | DATE: N/A |
| CITY OF ENCINITAS, | Magistrate Judge: Barbara L. Major |
| Defendant. | |

///

///

///

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement of this case in principle. It is anticipated that a Motion for Joint Approval of the Settlement will be filed within fifteen (15) days.

Based on the foregoing, the Parties respectfully request that the Court temporarily suspend all further proceedings, pending the filing of the proposed Settlement Agreement. A proposed Order is attached.

DATED: November 2, 2022

BURKE, WILLIAMS & SORENSEN, LLP

By: *Mark Wilson*
Mark E. Wilson
Attorneys for Defendant
CITY OF ENCINITAS

DATED: November 3, 2022

LAW OFFICES OF JAMES CUNNINGHAM

By: _____
James Cunningham
Attorneys for Plaintiff
James Mickelson on behalf of himself and other similarly situated individuals

## [PROPOSED] ORDER

Upon consideration of the Joint Notice of Settlement in Principle, it is ordered that all further proceedings, pending the filing of the Joint Motion to Approve Settlement and proposed Settlement Agreement, are temporarily suspended.

IT IS SO ORDERED:


DATED: _____          _____